**Order entered June 3, 2019**



**In The**
# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-18-01285-CV

### JOHN COBB, Appellant

### V.

### CASA VALENCIA APTS., Appellee

**On Appeal from the County Court at Law No. 3**
**Dallas County, Texas**
**Trial Court Cause No. CC-18-04566-C**

## ORDER

On May 8, 2019, we ordered court reporter Janet Wright to file, no later than May 20, 2019, either the reporter's record or written verification no hearings were recorded or appellant had not requested the record. To date, Ms. Wright has not responded.

The reporter's record in this appeal was first due December 18, 2018. Accordingly, we **ORDER** Ms. Wright to file, **no later than June 13, 2019,** either the reporter's record or the requested written verification. *We caution Ms. Wright that failure to comply could result in an order that she not sit as a reporter until she has complied.* We also caution appellant that the appeal may be submitted without the reporter's record should the Court be notified the reporter's record has not been filed because appellant has not requested it. *See* TEX. R. APP. P. 37.3(c).

We **DIRECT** the Clerk of the Court to send a copy of this order to the Honorable Sally Montgomery, Presiding Judge of County Court at Law No. 3; Ms. Wright; and, the parties.

/s/     BILL WHITEHILL
         JUSTICE